(No. 74-CC-154 )

LAUREL HAVEN SCHOOL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 17, 1973.*

LAUREL HAVEN SCHOOL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-180 )

OFFICE EQUIPMENT CO. OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 17, 1973.*

OFFICE EQUIPMENT CO. OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.